# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00045-CR
### NO. 03-05-00046-CR

**John Stangel, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
NOS. D1-DC-2004-205792 & D1-DC-2004-205793
HONORABLE JON N. WISSER, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

John Stangel seeks to appeal from judgments of conviction for evading arrest and burglary of a building. The trial court has certified, and the record confirms, that these are plea bargain cases and Stangel has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeals are dismissed. *See id*. rule 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:  February 17, 2005

Do Not Publish